IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. TURNER                                                                                         PLAINTIFF

v.                                              Civil No. 15-cv-4022

JOHN DOE                                                                                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 16, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5.  Judge Bryant recommends that this case be dismissed because Plaintiff's claims are unclear and appear to be frivolous.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge